```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$45,400.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>BRANDON LEVESTER MONTGOMERY<br><br>　　　　Claimant. | No.: CV 13-00406-R(Ex)<br><br>**CONSENT JUDGMENT** |

This civil forfeiture action was commenced on January 18, 2013 following the seizure of the defendant currency on July 30, 2012 at Los Angeles International Airport from the possession, custody or control of Brandon Levester Montgomery, who filed a claim in federal administrative forfeiture proceedings on September 27, 2012. Notice has been given in this action according to law. No claims or answers were filed in this matter, and time for filing claims and answers has expired.

Plaintiff and Montgomery have made a Stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant currency (Asset ID Nos. 12-DEA-568979 and 12-DEA-568977).

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties and good cause appearing therefor, the Court hereby ORDERS, ADJUDGES AND DECREES that $33,200.00 of the defendant currency (Asset ID Nos. 12-DEA-568979 and 12-DEA-568977) and all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining portion of the defendant currency, $12,200.00 without interest, shall be returned to Montgomery through his counsel. Montgomery shall provide his social security or taxpayer identification number to the government upon request, as well as wire transfer information needed to make the payment electronically.

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action. This consent judgment shall be construed as a

certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED: August 26, 2013

_____
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

     /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA