ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-5710
   Facsimile: (213) 894-7177
   E-mail: Frank.Kortum@usdoj.gov

JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No.: CV 13-00406-R(Ex) |
|---|---|
|     Plaintiff, | ) |
|   vs. | ) **CONSENT JUDGMENT** |
| $45,400.00 IN U.S. CURRENCY, | ) |
|     Defendant. | ) |
| BRANDON LEVESTER MONTGOMERY | ) |
|     Claimant. | ) |

1         This civil forfeiture action was commenced on January 18,
2    2013 following the seizure of the defendant currency on July 30,
3    2012 at Los Angeles International Airport from the possession,
4    custody or control of Brandon Levester Montgomery, who filed a
5    claim in federal administrative forfeiture proceedings on
6    September 27, 2012.  Notice has been given in this action
7    according to law.  No claims or answers were filed in this
8    matter, and time for filing claims and answers has expired.
9         Plaintiff and Montgomery have made a Stipulated request for
10   the entry of this consent judgment of forfeiture resolving all
11   claims concerning the defendant currency (Asset ID Nos. 12-DEA-
12   568979 and 12-DEA-568977).
13        The Court has been duly advised of and has considered the
14   matter.  Based upon the mutual consent of the parties and
15   good cause appearing therefor, the Court hereby ORDERS, ADJUDGES
16   AND DECREES that $33,200.00 of the defendant currency (Asset ID
17   Nos. 12-DEA-568979 and 12-DEA-568977) and all interest earned on
18   the entirety of the defendant currency since seizure, is hereby
19   forfeited to the United States, and no other right, title or
20   interest shall exist therein.  The remaining portion of the
21   defendant currency, $12,200.00 without interest, shall be
22   returned to Montgomery through his counsel.  Montgomery shall
23   provide his social security or taxpayer identification number to
24   the government upon request, as well as wire transfer
25   information needed to make the payment electronically.
26        The Court finds that there was reasonable cause for the
27   seizure of the defendant asset and the institution of this
28   action.  This consent judgment shall be construed as a

certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED: August 26, 2013

_____
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA